IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TED K. BROWN, Father,

      Petitioner,

v.

VALERIE HAYS BROWN,
Mother,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3398

Opinion filed January 8, 2016.

Petition for Writ of Mandamus and/or Prohibition -- Original Jurisdiction.

Ted K. Brown, pro se, Petitioner.

Jeanine B. Sasser of the Law Office of Jeanine B. Sasser, P.A., Jacksonville, for Respondent.

PER CURIAM.

      Finding petitioner is entitled to a hearing on his motion for enforcement of timesharing filed April 27, 2015, we grant the petition for writ of mandamus and direct that the lower tribunal schedule a hearing on this motion. All other relief requested is denied.

LEWIS, ROWE, and KELSEY, JJ., CONCUR.